1

2

3

4

5

6

7

8

9

10

11

12                        **UNITED STATES DISTRICT COURT**

13                            **DISTRICT OF NEVADA**

14

15   ROBERT PLAISTED,                  )      3:11-cv-00442-HDM-WGC
                                       )
16                Plaintiff,           )
                                       )
17   vs.                               )      ORDER
                                       )
18   UNITED STATES OF AMERICA; ERIC    )
     SHINSEKI, in his official         )
19   capacity as Secretary of the      )
     DEPARTMENT OF VETERANS AFFAIRS,   )
20                                     )
                  Defendants.          )
21   _____)

22        On August 26, 2011, defendant Shinseki filed a motion to

23   dismiss the complaint on the grounds that the United States is the

24   only proper party in a Federal Tort Claims Act action, which

25   plaintiff had alleged in the original complaint. (Docket No. 6)  On

26   September 9, 2011, this court granted the parties' stipulation to

27   extend the time in which to file a response to the motion to

28   dismiss, extending the time to respond to September 26, 2011.

                                   1

1   (Docket No. 9)  On September 26, 2011, the parties filed a

2   stipulation for plaintiff to file an amended complaint for the

3   purpose of adding the United States as a defendant, which this

4   court granted on September 27, 2011.  (Docket Nos. 10, 11)  On

5   October 17, 2011, the plaintiff filed a First Amended Complaint and

6   Jury Demand adding the United States as a defendant. (Docket No.

7   12)  Accordingly, defendant's motion to dismiss (Docket No. 6) is

8   DENIED as moot.

9        **IT IS SO ORDERED**.

10       DATED: This 18th day of October, 2011.

11

12       _____
         UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2