1
2
3
4
5
6
7
8
9
10
11
12                     **UNITED STATES DISTRICT COURT**
13                           **DISTRICT OF NEVADA**
14
15  ROBERT PLAISTED,                  )     3:11-cv-00442-HDM-WGC
                                      )
16             Plaintiff,             )
                                      )
17  vs.                               )     ORDER
                                      )
18  UNITED STATES OF AMERICA; ERIC    )
    SHINSEKI, in his official         )
19  capacity as Secretary of the      )
    DEPARTMENT OF VETERANS AFFAIRS,   )
20                                    )
               Defendants.            )
21  _____ )

22       On October 28, 2011, defendants filed a motion to dismiss
23  defendant Eric Shinseki, the Secretary of Veteran's Affairs, from
24  this action (#16) and a motion to strike the jury demand and claims
25  for prejudgment interest and attorneys' fees (#15) based on the
26  statutory requirements of the Federal Tort Claims Act.  See 28
27  U.S.C. §§ 2402, 2674, 2678, 2679(a).  On November 14, 2011,
28  plaintiff filed a notice of non-opposition (#19) to defendants'

                                    1

motions (#15, 16).  Plaintiff does not oppose dismissing defendant Eric Shinseki, striking the jury demand, and striking his claims for prejudgment interest and attorneys' fees. (#19)

Accordingly, and good cause appearing therefor, defendants' motion to dismiss (#16) and motion to strike (#15) are GRANTED. The court hereby DISMISSES defendant Eric Shinseki and STRIKES plaintiff's claims for prejudgment interest and attorneys' fees.

**IT IS SO ORDERED**.

DATED: This 16th day of November, 2011.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE