**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
ROBERT PLAISTED,                    )    3:11-cv-00442-HDM-WGC
                                    )
            Plaintiff,              )
                                    )
vs.                                 )    ORDER
                                    )
UNITED STATES OF AMERICA; ERIC      )
SHINSEKI, in his official           )
capacity as Secretary of the        )
DEPARTMENT OF VETERANS AFFAIRS,     )
                                    )
            Defendants.             )
_____)
```

On October 28, 2011, defendants filed a motion to dismiss defendant Eric Shinseki, the Secretary of Veteran's Affairs, from this action (#16) and a motion to strike the jury demand and claims for prejudgment interest and attorneys' fees (#15) based on the statutory requirements of the Federal Tort Claims Act.  See 28 U.S.C. §§ 2402, 2674, 2678, 2679(a).  On November 14, 2011, plaintiff filed a notice of non-opposition (#19) to defendants'

1

motions (#15, 16).  Plaintiff does not oppose dismissing defendant Eric Shinseki, striking the jury demand, and striking his claims for prejudgment interest and attorneys' fees. (#19)

Accordingly, and good cause appearing therefor, defendants' motion to dismiss (#16) and motion to strike (#15) are GRANTED. The court hereby DISMISSES defendant Eric Shinseki and STRIKES plaintiff's claims for prejudgment interest and attorneys' fees.

**IT IS SO ORDERED**.

DATED: This 16th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE